## **TABLE OF CONTENTS – EXHIBITS**

**Document(s)**                                                   **Exhibit**

Complaint ............................................................................................................................. A

All Other State Court Filings ............................................................................................... B